# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TVU NETWORKS CORPORATION,<br><br>　　　　　　Defendant. | Civil Action No. 20-1751-MN |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Nitetek Licensing LLC and Defendant TVU Networks Corporation ("TVU"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that TVU's time to answer, move or otherwise plead in response to Plaintiff's Complaint (D.I. 1) shall be extended thirty (30) days to February 22, 2021.

| | |
|---|---|
|　/s/David W. deBruin　　　　<br>David W. deBruin (#4846)<br>Gawthrop Greeenwood, PC<br>3711 Kennett Pike, Suite 100<br>Wilmington, DE 19807<br>(302) 777-5353<br>ddebruin@gawthrop.com<br><br>*Attorneys for Plaintiff*<br>*Nitetek Licensing LLC* | 　/s/ Kenneth L. Dorsney　　　　　<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>MORRIS JAMES LLP<br>500 Delaware Ave., Ste. 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendant*<br>*TVU Networks Corporation* |

**SO ORDERED** this ____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge