# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>TVU NETWORKS CORPORATION,<br><br>  Defendant. | Civil Action No. 20-1751-MN |

## STIPULATION TO STAY ALL DEADLINES PENDING DISMISSAL

Plaintiff Nitetek Licensing LLC and Defendant TVU Networks Corporation, by and through their undersigned counsel, hereby agree, subject to the Court's approval, to stay all deadlines in connection with the above-captioned lawsuit. The parties have reached an agreement in principle to resolve all claims asserted and are in the process of exchanging documentation relating to a settlement agreement. In light of their agreement in principle and contemplated dismissal, the parties respectfully request that the Court stay all deadlines while the parties finalize their settlement agreement.

Dated: February 19, 2021

*/s/David W. deBruin*
David W. deBruin (#4846)
Gawthrop Greeenwood, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
(302) 777-5353
ddebruin@gawthrop.com

*Attorneys for Plaintiff*
*Nitetek Licensing LLC*

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant*
*TVU Networks Corporation*

**SO ORDERED** this ____ day of _____, 2021.

_____
United States District Court Judge