# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**TVU Networks Corporation,**<br><br>    Defendant. | Case No. 1:20-cv-01751-MN<br><br>Patent Case<br><br>Jury Trial Demanded |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Nitetek Licensing LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses **with prejudice** all claims by Plaintiff against Defendant TVU Networks Corporation. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: March 19, 2021

Respectfully submitted,

/s/ David W. deBruin
David W. deBruin, Esq. (No. 4846)
GAWTHROP GREENWOOD, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

**Counsel for Plaintiff
Nitetek Licensing LLC**

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE